**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Linda Cornman | CHAPTER 13 |
| Debtor | CASE NO. 18-14131 |

**ADDENDUM TO PART 4 OF THE 1ST AMENDED CHAPTER 13 PLAN DATED 11/15/2018**

Counsel for the Debtor, Linda Cornman, hereby states that Part 4 of the 1st Amended Chapter 13 Plan dated November 15, 2018 should be amended as follows: to reflect the non-exempt property of the Debtor:

**Part 4: Secured Claims**

**§ 4(a) Curing Default and Maintaining Payments**

☐   **None.** If "None" is checked, the rest of § 4(a) need not be completed.

The Trustee shall distribute an amount sufficient to pay allowed claims for prepetition arrearages; and, Debtor shall pay directly to creditor monthly obligations falling due after the bankruptcy filing.

| Creditor | Description of Secured Property and Address, if real property | Regular Monthly Payment to be paid directly to creditor by Debtor | Estimated Arrearage | Interest Rate on Arrearage, if applicable | Amount to be Paid to Creditor by the Trustee |
|---|---|---|---|---|---|
| Citimortgage | 207 Maple Court Alburtis, PA 18011 Lehigh County | variable | Prepetition: $3,485.46 | 0.00% | $3,485.46 |
| PEOPLE'S FIRST FEDERAL CREDIT UNION | 207 Maple Court Alburtis, PA 18011 Lehigh County | variable | Prepetition: $0.00 | 0.00% | $0.00 |

Laputka Law Office, LLC

Dated: November 26, 2018

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102