# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda Jean Cornman, | Case No: 18-14131-REF |
| Debtor | CHAPTER 13 |

## NOTICE OF MOTION

Notice is hereby given that Charles Laputka, Esquire of Laputka Law Office has filed an Application for Compensation and Reimbursement of Expenses with the Bankruptcy Court.

Copies of all Motions are on file with the Clerk of the Bankruptcy Court.

Objections to the Application for Compensation and Reimbursement of Expenses must be made in writing and filed with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601 by January 3, 2019 with a copy served on the attorney for the creditor at the address below. If no objections are filed, an appropriate Order may be entered.

Date:  December 12, 2018

By: /s/ Charles Laputka_____
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 W. Hamilton Street
Allentown, PA 18102
610-477-0155
claputka@laputkalaw.com