**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Linda Jean Cornman,** | **Case No: 18-14131-REF** |
| **Debtor** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, Charles Laputka, Esquire, do hereby certify that on the 12th day of December, 2018, a true and correct copy of the Application for Compensation and Reimbursement of Expenses was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

William Miller, Interim Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Linda Jean Cornman
207 Maple Court
Alburtis, PA 18011

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102