United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14131-elf
Linda Jean Cornman                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD    Page 1 of 1    Date Rcvd: Nov 08, 2019
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db             +Linda Jean Cornman,    207 Maple Court,    Alburtis, PA 18011-9595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
        CHARLES   LAPUTKA    on behalf of Debtor Linda Jean Cornman claputka@laputkalaw.com,
         jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    CITIMORTGAGE, INC. bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LINDA JEAN CORNMAN, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-14131 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 44) is **APPROVED**.

**Date: November 8, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**