| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-14131-PMM

LINDA  JEAN  CORNMAN
207 MAPLE COURT
ALBURTIS  PA    18011

Petition Filed Date: 06/21/2018
341 Hearing Date: 08/21/2018
Confirmation Date: 11/29/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $511.54 | | 02/19/2019 | $511.54 | | 03/20/2019 | $511.54 | |
| 05/20/2019 | $700.00 | | 06/24/2019 | $725.82 | | 07/22/2019 | $511.54 | |
| 08/21/2019 | $511.54 | | 09/19/2019 | $215.00 | Automatic Payr | 10/03/2019 | $215.00 | |
| 10/18/2019 | $215.00 | | 10/31/2019 | $215.00 | | 11/01/2019 | $235.00 | |
| 11/18/2019 | $416.00 | | 12/02/2019 | $416.00 | | 12/13/2019 | $416.00 | |
| 12/30/2019 | $416.00 | | 01/10/2020 | $416.00 | | 01/27/2020 | $416.00 | |
| 02/10/2020 | $416.00 | | 02/24/2020 | $416.00 | | 03/09/2020 | $416.00 | |
| 03/23/2020 | $416.00 | | 04/03/2020 | $416.00 | | 04/17/2020 | $416.00 | |
| 05/01/2020 | $416.00 | | 05/18/2020 | $416.00 | | 06/01/2020 | $416.00 | |
| 06/12/2020 | $416.00 | | 06/26/2020 | $416.00 | | 07/10/2020 | $416.00 | |
| 07/24/2020 | $416.00 | | 08/07/2020 | $416.00 | | | | |

**Total Receipts for the Period: $13,398.52    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,121.60**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $2,227.17 | $0.00 | $2,227.17 |
| 7 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»»  007 | Mortgage Arrears | $3,485.46 | $2,156.67 | $1,328.79 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $693.21 | $0.00 | $693.21 |
| 8 | ECAST SETTLEMENT CORPORATION<br>»»  008 | Unsecured Creditors | $124.13 | $0.00 | $124.13 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $936.13 | $0.00 | $936.13 |
| 1 | PEOPLE FIRST FCU<br>»»  001 | Unsecured Creditors | $8,618.58 | $0.00 | $8,618.58 |
| 2 | PEOPLE FIRST FCU<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $765.96 | $0.00 | $765.96 |
| 9 | WELLS FARGO DEALER SERVICES<br>»»  009 | Secured Creditors | $7,522.91 | $4,654.91 | $2,868.00 |
| 10 | CHARLES LAPUTKA ESQ<br>»»  010 | Attorney Fees | $2,560.00 | $2,560.00 | $0.00 |

**Chapter 13 Case No. 18-14131-PMM**

| 10 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»» 07P | Mortgage Arrears | $11,889.62 | $4,577.21 | $7,312.41 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,121.60 | Current Monthly Payment: | $832.00 |
| Paid to Claims: | $13,948.79 | Arrearages: | ($1,712.00) |
| Paid to Trustee: | $1,424.01 | Total Plan Base: | $43,529.60 |
| Funds on Hand: | $748.80 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.