Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-14131-PMM**

LINDA  JEAN  CORNMAN  
207 MAPLE COURT  
ALBURTIS  PA    18011

Petition Filed Date: 06/21/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 11/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $416.00 | | 01/27/2020 | $416.00 | | 02/10/2020 | $416.00 | |
| 02/24/2020 | $416.00 | | 03/09/2020 | $416.00 | | 03/23/2020 | $416.00 | |
| 04/03/2020 | $416.00 | | 04/17/2020 | $416.00 | | 05/01/2020 | $416.00 | |
| 05/18/2020 | $416.00 | | 06/01/2020 | $416.00 | | 06/12/2020 | $416.00 | |
| 06/26/2020 | $416.00 | | 07/10/2020 | $416.00 | | 07/24/2020 | $416.00 | |
| 08/07/2020 | $416.00 | | 08/21/2020 | $416.00 | | 09/04/2020 | $416.00 | |
| 09/18/2020 | $416.00 | | 10/02/2020 | $416.00 | | 10/19/2020 | $416.00 | |
| 10/30/2020 | $416.00 | | 11/16/2020 | $416.00 | | 11/30/2020 | $416.00 | |
| 12/11/2020 | $416.00 | | 12/28/2020 | $416.00 | | 01/11/2021 | $416.00 | |
| 01/25/2021 | $416.00 | | 02/05/2021 | $416.00 | | 02/22/2021 | $416.00 | |
| 03/05/2021 | $416.00 | | 03/22/2021 | $416.00 | | 04/05/2021 | $416.00 | |
| 04/16/2021 | $416.00 | | 04/30/2021 | $416.00 | | 05/14/2021 | $416.00 | |
| 06/01/2021 | $416.00 | | | | | | | |

**Total Receipts for the Period: $15,392.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,857.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,227.17 | $0.00 | $2,227.17 |
| 7 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»» 007 | Mortgage Arrears | $3,485.46 | $3,130.70 | $354.76 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $693.21 | $0.00 | $693.21 |
| 8 | ECAST SETTLEMENT CORPORATION<br>»» 008 | Unsecured Creditors | $124.13 | $0.00 | $124.13 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $936.13 | $0.00 | $936.13 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Unsecured Creditors | $8,618.58 | $0.00 | $8,618.58 |
| 2 | PEOPLE FIRST FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $765.96 | $0.00 | $765.96 |
| 9 | WELLS FARGO DEALER SERVICES<br>»» 009 | Secured Creditors | $7,522.91 | $6,757.22 | $765.69 |

**Chapter 13 Case No. 18-14131-PMM**

| 10 | CHARLES LAPUTKA ESQ<br>»» 010 | Attorney Fees | $2,560.00 | $2,560.00 | $0.00 |
| 10 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»» 07P | Mortgage Arrears | $11,889.62 | $9,937.38 | $1,952.24 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,857.60 | Current Monthly Payment: | $832.00 |
| Paid to Claims: | $22,385.30 | Arrearages: | ($2,128.00) |
| Paid to Trustee: | $2,097.90 | Total Plan Base: | $43,529.60 |
| Funds on Hand: | $374.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.