Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-14131-PMM

LINDA JEAN CORNMAN  
207 MAPLE COURT  
ALBURTIS PA   18011

Petition Filed Date: 06/21/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 11/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $416.00 | | 04/16/2021 | $416.00 | | 04/30/2021 | $416.00 | |
| 05/14/2021 | $416.00 | | 06/01/2021 | $416.00 | | 06/11/2021 | $416.00 | |
| 06/28/2021 | $416.00 | | 07/12/2021 | $416.00 | | 07/26/2021 | $416.00 | |
| 08/06/2021 | $416.00 | | 08/23/2021 | $416.00 | | 09/07/2021 | $416.00 | |
| 09/17/2021 | $416.00 | | 10/01/2021 | $416.00 | | 10/18/2021 | $416.00 | |
| 10/29/2021 | $416.00 | | 11/16/2021 | $416.00 | | 11/29/2021 | $416.00 | |
| 12/10/2021 | $416.00 | | 12/28/2021 | $416.00 | | 01/07/2022 | $416.00 | |
| 01/24/2022 | $416.00 | | 02/04/2022 | $416.00 | | 02/22/2022 | $416.00 | |
| 03/04/2022 | $416.00 | | 03/21/2022 | $416.00 | | 04/04/2022 | $416.00 | |
| 04/18/2022 | $416.00 | | 04/29/2022 | $416.00 | | 05/13/2022 | $416.00 | |
| 05/31/2022 | $416.00 | | 06/10/2022 | $416.00 | | 06/27/2022 | $416.00 | |
| 07/12/2022 | $416.00 | | 07/25/2022 | $416.00 | | | | |

**Total Receipts for the Period: $14,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $37,337.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,227.17 | $1,388.78 | $838.39 |
| 7 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»» 007 | Mortgage Arrears | $3,485.46 | $3,485.46 | $0.00 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $693.21 | $432.25 | $260.96 |
| 8 | ECAST SETTLEMENT CORPORATION<br>»» 008 | Unsecured Creditors | $124.13 | $77.41 | $46.72 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $936.13 | $583.73 | $352.40 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Unsecured Creditors | $8,618.58 | $5,374.24 | $3,244.34 |
| 2 | PEOPLE FIRST FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $765.96 | $477.64 | $288.32 |
| 9 | WELLS FARGO DEALER SERVICES<br>»» 009 | Secured Creditors | $7,522.91 | $7,522.91 | $0.00 |
| 10 | CHARLES LAPUTKA ESQ<br>»» 010 | Attorney Fees | $2,560.00 | $2,560.00 | $0.00 |

| 10 | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC<br>»» 07P | Mortgage Arrears | $11,889.62 | $11,889.62 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,337.60 | Current Monthly Payment: | $832.00 |
| Paid to Claims: | $33,792.04 | Arrearages: | ($2,960.00) |
| Paid to Trustee: | $3,162.84 | Total Plan Base: | $43,529.60 |
| Funds on Hand: | $382.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.