United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14131-pmm |
| Linda Jean Cornman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Jean Cornman, 207 Maple Court, Alburtis, PA 18011-9595 |
| 14211563 | + | CITIMORTGAGE, INC., KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14125923 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, PEOPLE'S FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LANE, Allentown, PA 18103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 04 2023 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 04 2023 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:08 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14173138 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186370 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2023 00:32:19 | CitiMortgage, Inc., P.O. Box 6030, SIOUX FALLS, SD 57117-6030 |
| 14125919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2023 00:32:14 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14125920 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2023 00:18:00 | Comenity Capital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 14125921 | + | Email/Text: loanresearch@confidentfs.com | Mar 04 2023 00:18:00 | Confident Financial Solution, 1035 Pearl Street, Suite 417, Boulder, CO 80302-5127 |
| 14125922 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2023 00:32:08 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14185776 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:32:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14184751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2023 00:32:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14126585 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:32:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14185273 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14125924 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 04 2023 00:32:18 | SYNCB/CARE CREDIT, PO BOX 965036, Orlando, FL 32896-5036 |
| 14125925 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:13 | SYNCB/Old Navy, PO BOX 965005, Orlando, FL 32896-5005 |
| 14125926 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:19 | SYNCB/PAYPALSMART, PO BOX 965005, Orlando, FL 32896-5005 |
| 14187777 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 04 2023 00:32:13 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine CA 92623-9657 |
| 14125927 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 04 2023 00:32:13 | Wells Fargo Dlrsvc, PO Box 1697, Winterville, NC 28590-1697 |
| 14187049 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2023 00:32:09 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14255386 | * | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 14162805 | *P++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799, address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CITIMORTGAGE INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Linda Jean Cornman claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CITIMORTGAGE INC. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda Jean Cornman
        Debtor(s)

Case No: 18−14131−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/3/23