| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Linda Jean Cornman |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   18-14131 PMM |

Official Form 410S1

## Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 2405

**Date of payment change:**
Must be at least 21 days after date of this notice          01/01/2023

**New total payment:**          $1432.81
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $448.03          New escrow payment: $442.54

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Debtor(s)   <u>Linda            Jean         Cornman</u>        Case number (*if known*) <u>18-14131 PMM</u>
            First Name      Middle Name      Last Name

---

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                              Date   12/01/2022
   Signature
Print: Michael Farrington
       01 Dec 2022, 13:30:12, EST

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701         Market Street, Suite 5000</u>
          Number      Street
          Philadelphia,                        PA     19106
          City                                 State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

---