# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda Jean Cornman <br>                                      Debtor(s) | BK NO. 18-14131 PMM |
| CitiMortgage, Inc. <br>                                        Movant <br>     vs. | Chapter 13 <br><br> Related to Claim No. 7 |
| Linda Jean Cornman <br>                                      Debtor(s) | |
| Scott F. Waterman, <br>                                      Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Linda Jean Cornman
207 Maple Court
Alburtis, PA 18011

Attorney for Debtor(s)
Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: December 7, 2022

                                                         **/s/Michael P. Farrington Esq.**
                                                         Michael P. Farrington Esq.
                                                         Attorney I.D. 329636
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         (215) 825-6488
                                                         mfarrington@kmllawgroup.com